24/27

| Empl ID | Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HARK | HARLAND, KEVIN R | | | | | SSN | | | | | |
| Check Date | Period End | Check No | Check Amt | Description | | | | | | Non Tax Amt | Pay Rate |
| 11/19/2010 | 11/14/2010 | 430576 | 1,067.93 | | | | | | | 0.00 | 18.000 |
| Pay Type | Hours | Pay Amt | Pay YTD | Tax Type | Tax Amt | Tax YTD | Ded Type | | | Ded Amt | Ded YTD |
| Regular | 80.00 | 1,440.00 | 29,793.39 | Medicare | 26.36 | 580.76 | Health | | | 131.46 | 3,774.64 |
| Overtime | 14.00 | 378.00 | 8,326.12 | Soc Sec | 112.72 | 2,483.21 | CHILD SU | | | 217.64 | 5,005.72 |
| Holiday | 0.00 | 0.00 | 804.28 | FIT | 177.24 | 4,000.04 | OFFICE | | | 2.00 | 46.00 |
| Vacation | 0.00 | 0.00 | 1,128.00 | IA Tax | 82.65 | 1,791.46 | EMP INS% | | | 0.00 | 1.00 |
| | 94.00 | 1,818.00 | 40,051.79 | | 398.97 | 8,855.47 | | | | 351.10 | 8,827.36 |

One Thousand Sixty-Seven Dollars and 93 Cents

| Date | Check No | Check Amt |
|---|---|---|
| 11/19/2010 | 430576 | ****$1,067.93 |

Pay to the order of  HARLAND, KEVIN R
402 N POCAHONTAS
OTTUMWA, IA 52501

| Empl ID | Name | | | | | | | | Non Tax Amt | Pay Rate |
|---------|------|---|---|---|---|---|---|---|---|---|
| HARK | HARLAND, KEVIN R | | | | | SSN | | | | |
| Check Date | Period End | Check No | Check Amt | Description | | | | | Non Tax Amt | Pay Rate |
| 11/05/2010 | 10/31/2010 | 430507 | 1,222.16 | | | | | | 0.00 | 18.000 |
| Pay Type | Hours | Pay Amt | Pay YTD | Tax Type | Tax Amt | Tax YTD | Ded Type | | Ded Amt | Ded YTD |
| Regular | 64.00 | 1,152.00 | 28,353.39 | Medicare | 29.98 | 554.40 | Health | | 131.46 | 3,643.18 |
| Overtime | 23.25 | 627.75 | 7,948.12 | Soc Sec | 128.20 | 2,370.49 | CHILD SU | | 217.64 | 4,788.08 |
| Holiday | 0.00 | 0.00 | 804.28 | FIT | 239.68 | 3,822.80 | OFFICE | | 2.00 | 44.00 |
| Vacation | 16.00 | 288.00 | 1,128.00 | IA Tax | 96.63 | 1,708.81 | EMP INS% | | 0.00 | 1.00 |
| | 103.25 | 2,067.75 | 38,233.79 | | 494.49 | 8,456.50 | | | 351.10 | 8,476.26 |

| Date | Check No | Check Amt |
|------|----------|-----------|
| 11/05/2010 | 430507 | ****$1,222.16 |

**One Thousand Two Hundred Twenty-Two Dollars and 16 Cents**

*Pay to the order of* HARLAND, KEVIN R
402 N POCAHONTAS
OTTUMWA, IA 52501

| Empl ID | Name | | | | | | | | Non Tax Amt | Pay Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| HARK | HARLAND, KEVIN R | | | | SSN | | | | | |
| Check Date | Period End | Check No | Check Amt | Description | | | | | Non Tax Amt | Pay Rate |
| 10/22/2010 | 10/17/2010 | 430239 | 1,387.97 | | | | | | 0.00 | 18.000 |
| Pay Type | Hours | Pay Amt | Pay YTD | Tax Type | Tax Amt | Tax YTD | Ded Type | | Ded Amt | Ded YTD |
| Regular | 72.00 | 1,296.00 | 27,201.39 | Medicare | 33.90 | 524.42 | Health | | 131.46 | 3,511.72 |
| Overtime | 33.25 | 897.75 | 7,320.37 | Soc Sec | 144.94 | 2,242.29 | CHILD SU | | 217.64 | 4,570.44 |
| Holiday | 0.00 | 0.00 | 804.28 | FIT | 307.18 | 3,583.12 | OFFICE | | 2.00 | 42.00 |
| Vacation | 8.00 | 144.00 | 840.00 | IA Tax | 112.66 | 1,612.18 | EMP INS% | | 0.00 | 1.00 |
| | 113.25 | 2,337.75 | 36,166.04 | | 598.68 | 7,962.01 | | | 351.10 | 8,125.16 |

| Date | Check No | Check Amt |
|---|---|---|
| 10/22/2010 | 430239 | ****$1,387.97 |

**One Thousand Three Hundred Eighty-Seven Dollars and 97 Cents**

*Pay to the order of*  HARLAND, KEVIN R
307 WEBSTER ST
PO BOX 32
MALCOM, IA 50157



| Empl ID | Name |  |  |  |  |  |  |  | SSN |  | Non Tax Amt | Pay Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARK | HARLAND, KEVIN R |  |  |  |  |  |  |  |  |  |  |  |
| Check Date | Period End | Check No |  | Check Amt | Description |  |  |  |  |  | Non Tax Amt | Pay Rate |
| 10/08/2010 | 10/03/2010 | 430109 |  | 1,105.75 |  |  |  |  |  |  | 0.00 | 18.000 |
| Pay Type | Hours | Pay Amt | Pay YTD | Tax Type |  | Tax Amt | Tax YTD | Ded Type |  |  | Ded Amt | Ded YTD |
| Regular | 72.00 | 1,296.00 | 25,905.39 | Medicare |  | 27.24 | 490.52 | Health |  |  | 131.46 | 3,380.26 |
| Overtime | 16.25 | 438.75 | 6,422.62 | Soc Sec |  | 116.48 | 2,097.35 | CHILD SU |  |  | 217.64 | 4,352.80 |
| Holiday | 0.00 | 0.00 | 804.28 | FIT |  | 192.43 | 3,275.94 | OFFICE |  |  | 2.00 | 40.00 |
| Vacation | 8.00 | 144.00 | 696.00 | IA Tax |  | 85.75 | 1,499.52 | EMP INS% |  |  | 0.00 | 1.00 |
|  | 96.25 | 1,878.75 | 33,828.29 |  |  | 421.90 | 7,363.33 |  |  |  | 351.10 | 7,774.06 |

| Date | Check No | Check Amt |
|---|---|---|
| 10/08/2010 | 430109 | ****$1,105.75 |

**One Thousand One Hundred Five Dollars and 75 Cents**

Pay to the order of  HARLAND, KEVIN R
307 WEBSTER ST
PO BOX 32
MALCOM, IA 50157